IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD MARION CARPENTER,

    Petitioner,

v.

DAN CROMWELL,

    Respondent.

ORDER

Case No. 24-cv-261-jdp

---

Petitioner Ronald Marion Carpenter seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 20, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 22, 2023 through the date of the petition, April 22, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Ronald Marion Carpenter may have until May 20, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 20, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of April, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge